IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON HUNTER, SR.,

    *Plaintiff*,

v.                                Case No.: 4:24cv281-MW/MAF

FLORIDA STATE SUPREME
COURT, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with a Court Order, because Plaintiff failed to either pay the filing fee or move to proceed *in forma pauperis* and he failed to file a proper complaint on the Court form. Plaintiff objects to this recommendation and submits a lengthy document setting out case citations and somewhat disjointed argument that fails to address the grounds for dismissal set out in the Report and Recommendation. Notwithstanding Plaintiff's objections, this Court agrees that dismissal is warranted given Plaintiff's failure to comply with a lawful court Order to file a proper complaint on the Court form and to pay the filing fee or move to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on October 3, 2024.**

s/Mark E. Walker
**Chief United States District Judge**
